```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 17245
   VICENTE HERNANDEZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-1661

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/03/08 .

   2.  The case was dismissed without confirmation, 08/15/2008.

---------------------------------------------------------------------------
 CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                           PAID         PAID
---------------------------------------------------------------------------

       Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00          .00           .00
PRINCIPAL PAID         .00        .00         .00          .00           .00
INTEREST PAID          .00        .00         .00          .00           .00
TOTAL PAID             .00        .00         .00          .00           .00
The Debtor's attorney, GRAY & IDRIS PC          , was allowed $    3500.00
and was paid $   3500.00  direct and $       .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 11/13/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 08 B 17245 VICENTE HERNANDEZ
```